```
                                              FILED IN CHAMBERS
                                                U.S.D.C ATLANTA

                                              Date: Dec 11 2025

                                              KEVIN P. WEIMER, Clerk

                                              By: /s/Amanda Zarkowsky
                                                     Deputy Clerk
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MATTHEW NEET,
        Defendant.

CRIMINAL CASE NO.:

1:25-MJ-1291

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:    Any U.S. Marshal, Warden, GWINNETT COUNTY JAIL and/or any other authorized officer.

    YOU ARE HEREBY COMMANDED to have the body of MATTHEW NEET by you restrained of his liberty, as it is said, by whatsoever names detained before the **Honorable John K. Larkins, III**, United States Magistrate Judge of the United States District Court for the Northern District of Georgia, at the Courtroom 1834 of said Court in the City of Atlanta, at 11:00 am, on December 19, 2025, and from day to day thereafter until discharged by the Court, then and there to appear for initial appearance on a criminal complaint and receive and abide by the judgment of this Court in the above-entitled case, thence to be returned to the custody from which he came, and have you this writ.

    WITNESS the Honorable Judges of the United States District Court for the Northern District of Georgia, this 11th day of December, 2025.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

cc: Clerks Office, AUSA, FDP, USPO, CRD